TODD A. NOAH (SBN 152328)
TED K. JOE (242589)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel:  (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         tjoe@dergnoah.com

Attorneys for Plaintiff
SLIDE, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIDE, INC. | Case No. 5:08-cv-3262-HRL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LAWRENCE LEE** |
| vs. | **[Fed.R.Civ.P. 41(a)]** |
| PAID POST, INC.; LAWRENCE LEE; and JASON WARD | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a), plaintiff Slide, Inc. voluntarily dismisses without prejudice defendant Lawrence Lee.


Dated: July 11, 2008                                DERGOSITS & NOAH LLP


                                                    By: _____/s/_____
                                                    Todd A. Noah
                                                    Attorneys for Plaintiff
                                                    SLIDE, INC.

-1-