1  TODD A. NOAH (SBN 152328)
   TED K. JOE (242589)
2  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Tel: (415) 705-6377
4  Fax: (415) 705-6383
   E-mail: tnoah@dergnoah.com
5          tjoe@dergnoah.com

6  Attorneys for Plaintiff
   SLIDE, INC.

   IN THE UNITED STATES DISTRICT COURT

   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIDE, INC. | Case No. 5:08-cv-3262-HRL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAIDPOST, INC.** |
| vs. | **[Fed.R.Civ.P. 41(a)]** |
| PAID POST, INC. and JASON WARD | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a), plaintiff Slide, Inc. voluntarily dismisses with prejudice defendant Paidpost, Inc. pursuant to the terms of the parties' Settlement Agreement. Each party to bear its own attorneys' fees and costs.

Dated: August 12, 2008                                DERGOSITS & NOAH LLP

                                                      By: /s/ Todd A. Noah
                                                      Todd A. Noah
                                                      Attorneys for Plaintiff
                                                      SLIDE, INC.

Case No. 5:08-cv-08-3262-HRL
Notice of Dismissal of Defendant Paidpost, Inc.