TODD A. NOAH (SBN 152328)
TED K. JOE (242589)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel:  (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         tjoe@dergnoah.com

Attorneys for Plaintiff
SLIDE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIDE, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON WARD<br><br>　　　　Defendants. | Case No. 5:08-cv-3262-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PAIDPOST, INC.**<br><br>**[Fed.R.Civ.P. 41(a)]** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a), plaintiff Slide, Inc. voluntarily dismisses without prejudice the remaining defendant Jason Ward.

Dated: August 26, 2008                               DERGOSITS & NOAH LLP


                                                     By: /s/ Todd A. Noah
                                                         Todd A. Noah
                                                         Attorneys for Plaintiff
                                                         SLIDE, INC.

-1-

Case No. 5:08-cv-08-3262-HRL
Notice of Dismissal of Defendant Jason Ward